IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, Pa., <br>     *Plaintiff*, <br><br> v. <br><br> RealPage, Inc., <br>     *Defendant*. | |
| RealPage, Inc., <br>     *Counter-Claimant*, <br><br> v. <br><br> National Union Fire Insurance Company of Pittsburgh, Pa., <br>     *Counter-Defendant*. | Civil Action No.: 3:23-cv-00562-B <br><br> Judge: Honorable Jane J. Boyle |

**NATIONAL UNION FIRE INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff and Counter-Defendant, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), files this Motion for Summary Judgment against Defendant and Counter-Claimant, RealPage, Inc. ("RealPage") pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Each of the matters required by Northern District of Texas Local Civil Rules 56.3(a)(1) and 56.3(a)(2) are set forth in National Union's Brief in Support of its Motion for Summary Judgment, which is incorporated here for all purposes. Contemporaneous with this motion and the supporting brief, National Union also files its supporting evidence in the parties' Joint Appendix for Summary Judgment Motions.

1

## Prayer

National Union Fire Insurance Company of Pittsburgh, Pa. respectfully requests this Honorable Court grant this Motion for Summary Judgment in its entirety, render judgment in favor of National Union as to its breach of contract claim against RealPage and as to all counterclaims against it, and grant all other relief to which National Union is entitled.

Dated: September 29, 2023

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/*_____
Saxon Guerriere (SBN: 24078603)
Meagan P. VanderWeele (*pro hac vice*)
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel.: (214) 231-4660
sguerriere@grsm.com
mvanderweele@grsm.com

*Attorneys for Plaintiff and Counter-Defendant,*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2023, a true and correct copy of the foregoing was electronically filed in the above-captioned action via the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

By: /s/ *Meagan P. VanderWeele*
Meagan P. VanderWeele (*pro hac vice*)